## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

SOLOMON THOMPSON                                                        PLAINTIFF

v.                          5:17CV00057-JM

GREG BOLIN, Chief/Head Administrator,
Dub Brassell Detention Center; *et al.*                               DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

DATED this 24th day of April, 2017.

                                                   _____
                                                   JAMES M. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE